UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RANDELL ORANGE                   CIVIL ACTION NO. 12-2889

VERSUS                             JUDGE S. MAURICE HICKS, JR.

ANGIE HUFF, ET AL.                MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Documents 86 & 87) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that (1) Plaintiff's Motion for Summary Judgment (Record Document 64) is **DENIED**; (2) Defendants' Motion for Summary Judgment (Record Document 73) is **GRANTED IN PART** by dismissing with prejudice all claims against James LeBlanc, Jerry Goodwin, Angie Huff, and Lonnie Nail, but it is **DENIED IN ALL OTHER RESPECTS**; and (3) Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Record Document 82) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of September, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE